UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Richard Schneider

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20MAG12704

Defendant  Richard Schneider  hereby voluntarily consents to participate in the following proceeding via
_X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer

_Clay Kaminsky for Richard Schneider_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Richard Schneider
Print Defendant's Name

_____
Defendant's Counsel's Signature

Clay Kaminsky
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/30/2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge